UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF OKLAHOMA

| | |
|---|---|
| AstraZeneca Pharmaceuticals, LP,<br><br>                               *Plaintiffs,*<br>v.<br><br>Gentner Drummond, in his official capacity as Attorney General and Glen Mulready, in his official capacity as Insurance Commissioner of Oklahoma.<br><br>                               *Defendants.* | No.  5:25-cv-01156-D |

## DEFENDANTS' NOTICE OF APPEAL

Notice is hereby given that Gentner Drummond, in his official capacity as Attorney General of Oklahoma, and Glen Mulready, in his official capacity as Insurance Commissioner of Oklahoma, Defendants, in the above-named case, hereby appeal to the United States Court of Appeals for the Tenth Circuit from the Order entered in this action on October 31, 2025, at Doc. No. 27.

Dated this 12th day of November, 2024.

Respectfully submitted,

*s/ Will Flanagan*
GARRY M. GASKINS, II, OBA 20212
  *Solicitor General*
ZACH WEST, OBA 30768
  *Director of Special Litigation*
WILL FLANAGAN, OBA 35110
  *Assistant Solicitor General*

OFFICE OF ATTORNEY GENERAL
 STATE OF OKLAHOMA
313 N.E. 21st Street
Oklahoma City, OK 73105
Phone: (405) 521-3921
Garry.Gaskins@oag.ok.gov
Zach.West@oag.ok.gov
William.Flanagan@oag.ok.gov
*Counsel for Defendants*